United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 18, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 03-30064
Summary Calendar

---

MATTIE AMOS,

Plaintiff-Appellant,

versus

BLUE CROSS & BLUE SHIELD OF NEW MEXICO, a Division of Health Care
Service Corporation, a Mutual Legal Reserve Company; DAVID
DAVEFIEDLER; KATHY GRIFFIN; DEBBIE DIXON; BONNIE MICHALSKI; KEN
GODBOLD; JIM STREET, doing business as Healthcare Financial
Administration,

Defendants-Appellees.

---

MATTIE AMOS,

Plaintiff-Appellant,

versus

KATHY GRIFFIN; DEBBIE DIXON; BONNIE MICHALSKI; KEN GODBOLD,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC Nos. 01-CV-759 & 02-CV-1222
--------------------

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Mattie Amos, a former Medicare provider, appeals the district

court's dismissal for lack of jurisdiction of her claims arising

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

under the Medicare Act, 42 U.S.C. §§ 1395 *et seq.*  Amos alleged in the district court that the defendants committed fraud by intentionally falsifying Medicare records in order to steal "millions of dollars" from Amos's business, P.D.C. Home Health Care Services.  Amos does not dispute that she has failed to exhaust her administrative remedies as required by the Medicare Act.  Under these circumstances, the district court lacked jurisdiction over Amos's complaint.  Heckler v. Ringer, 466 U.S. 602, 605-07 & n.1 (1984); Riley Hosp. & Benevolent Ass'n v. Bowen, 804 F.2d 302, 304 (5th Cir. 1986).

In light of the fact that federal jurisdiction does not exist, we pretermit consideration of Amos's other appellate arguments.

AFFIRMED.